

# Case Assignment
# Standard CivilAssignment

Case number **3:08CV-47-H**

Assigned : Chief Judge John G. Heyburn II
Judge Code : 4412

Designated Magistrate Judge : Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 01/17/2008

[ Request New Judge ] ..... [ Return ]