AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __KENTUCKY__

JAMES E. NULL AND MILDRED NULL

V.

AMERIQUEST MORTGAGE COMPANY, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:08-CV-47-H

TO: (Name and address of Defendant)

AMERIQUEST MORTGAGE COMPANY
C/O KENTUCKY SECRETARY OF STATE
CAPITOL BUILDING, ROOM 154
700 CAPITAL AVENUE
FRANKFORT, KY 40601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES K. MURPHY
LYNCH, COX, GILMAN & MAHAN, PSC
500 W. JEFFERSON STREET, SUITE 2100
LOUISVILLE, KY 40202

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEFFREY A. APPERSON

CLERK

(By) DEPUTY CLERK

DATE 1/17/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Ameriquest Mortgage Co.
    C/o Kentucky Secretary of State
    Capitol Building, Room 154
    700 Capitol Ave
    Frankfort, KY 40601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ KYLE WILSON     ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JANUARY 8, 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 0710 0005 6240 1781

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540