◥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __KENTUCKY__

JAMES E. NULL AND MILDRED NULL

**SUMMONS IN A CIVIL ACTION**

V.

AMERIQUEST MORTGAGE COMPANY, ET AL

CASE NUMBER: 3:08-CV-47-H

TO: (Name and address of Defendant)

JON CLARK
9300 SHELBYVILLE ROAD, SUITE 1020
LOUISVILLE, KY 40222

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES K. MURPHY
LYNCH, COX, GILMAN & MAHAN, PSC
500 W. JEFFERSON STREET, SUITE 2100
LOUISVILLE, KY 40202

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEFFREY A. APPERSON                    1/17/2008
CLERK                                   DATE

John Sparling
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 01-23-08 |
| NAME OF SERVER (PRINT) R. DANIEL BROWN | TITLE FILE CLERK - LYNCH, COX, GILMAN & MAHAN |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-23-2008        R. [signature]
            Date                 Signature of Server

500 W. Jefferson St. #2100 Louisville KY
Address of Server

X Amy Kight

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.