**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| JAMES E. NULL AND MILDRED NULL )<br>C/O HON. JAMES K. MURPHY )<br>LYNCH, COX, GILMAN & MAHAN, PSC )<br>500 W. JEFFERSON ST., STE. 2100 )<br>LOUISVILLE, KY 40202 )<br>PLAINTIFFS )<br>V. )<br> )<br>AMERIQUEST MORTGAGE COMPANY )<br>1100 TOWN & COUNTRY ROAD )<br>11TH FLOOR LEGAL DEPARTMENT )<br>ORANGE, CA 92868 )<br> )<br>AND )<br> )<br>NATIONS TITLE AGENCY OF INDIANA, INC. )<br>C/O NATIONS TITLE AGENCY OF INDIANA, INC. )<br>3939 PRIORITY WAY SOUTH DRIVE, SUITE 210 )<br>INDIANAPOLIS, IN 46240 )<br> )<br>AND )<br> )<br>JON CLARK )<br>C/O HON. NICHOLAS K. HAYNES )<br>O'KOON HINTERMEISTER, PLLC )<br>500 W. JEFFERSON ST., STE. 1100 )<br>LOUISVILLE, KY 40202 )<br>DEFENDANTS )<br> ) | CASE NO. 3:08-CV-47 |

**DEFENDANT'S MOTION TO DISMISS—**
**LACK OF SUBJECT MATTER JURISDICTION**

Now comes **Defendant, Jon Clark**, and hereby moves the Court to dismiss Plaintiffs'

claim for lack of subject matter jurisdiction. Pursuant to Fed. R. Civ. P. 12 (b) (1) and (h) (1),

and 28 U.S.C. § 1332 (a) (1), Plaintiffs' Complaint should be dismissed as complete diversity

does not exist and Plaintiffs explicitly relies on Diversity of Citizenship as their basis for

Jurisdiction. These arguments are further developed in the memorandum below.

**Respectfully submitted,**

**/s/ Nicholas K. Haynes**
**HON. NICHOLAS K. HAYNES**
**HON. MARVIN R. O'KOON**
**O'KOON HINTERMEISTER, PLLC**
**500 W. Jefferson St., Ste 1100**
**Louisville, KY 40202**
**Phone: (502) 581-1630**
**Fax: (502) 581-1821**
***Counsel for Jon Clark***

## FACTUAL BACKGROUND

Plaintiffs, James E. and Mildred Null (Nulls), filed a Complaint against Defendants,

Ameriquest Mortgage Co. (Ameriquest), Nations Title Agency if Indiana, Inc. (Nations), and Jon

Clark (Clark). Defendant, Clark now brings this Motion to Dismiss for Lack of Subject Matter

Jurisdiction.

"…Plaintiff[s] James E. and Mildred Null…are residents of the Commonwealth of

Kentucky. Compl. at ¶ 6. Ameriquest is incorporated in Delaware with a principal place of

business in Orange, California. Id. at ¶ 7. Nations is incorporated in Indiana with a principal

place of business in Indianapolis, Indiana. Id. at ¶ 8. Clark is an individual resident of the State of

Kentucky. Id. at ¶ 9.  The Nulls and Clark are both residents of the Commonwealth of Kentucky.

Plaintiffs state that their jurisdiction is proper pursuant to 28 U.S.C. § 1332—diversity

jurisdiction. Id. at ¶ 10.

## <u>MEMORANDUM OF SUPPORT</u>

Fed. R. Civ. P. 12 (h) (1) states that, "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12 (b) (1) allows "a party [to] assert [this defense] by motion," outside of a responsive pleading.

28 U.S.C. § 1332 (a) (1) sets original jurisdiction in the district court for "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…*citizens of different States*." (emphasis added). "This statute and its predecessors have consistently been held to require *complete* diversity of citizenship." <u>Owens Equipment & Erection Co. v. Kroger</u>, 437 U.S. 365, 373 (1978)(citing <u>Strawbridge v. Curtiss</u>, 7 U.S. (3 Cranch) 267 (1806))(emphasis added). As the Owens court noted:

> [D]iversity jurisdiction does not exist unless each defendant is a citizen of a different State from each plaintiff. Over the years Congress has repeatedly re-enacted or amended the statute conferring diversity jurisdiction, leaving intact this rule of complete diversity. Whatever may have been the original purposes of diversity-of-citizenship jurisdiction, this subsequent history clearly demonstrates a congressional mandate that diversity jurisdiction is not to be available when any plaintiff is a citizen of the same State as any defendant. <u>Owens</u> at 373.

Where a plaintiff, student residing in Ohio brought a civil action against a for-profit college incorporated in Delaware and operating in Akron, Ohio and its management company also incorporated in Delaware but headquartered in Pittsburgh, Pennsylvania the court found a lack of complete diversity as plaintiff "shares an Ohio citizenship with the defendant." See <u>King v. Brown-Mackie College</u>, 2007 WL 2286302 at *3 (N.D.Ohio August 06, 2007). The courts

ruling: "[A]ll claims premised on diversity jurisdiction," where no such jurisdiction exists, "must be dismissed." Id.

The Nulls explicitly state that, "Jurisdiction is proper pursuant to 28 U.S.C. § 1332…because Plaintiffs and Defendants are residents and citizens of different states…" Compl. at ¶ 10. The Nulls claim of subject matter jurisdiction is unambiguously and solely based on the amount in controversy and complete diversity. However, the Nulls note that they are "residents of the Commonwealth of Kentucky," Id. at ¶ 6, and that Clark "is…an individual resident of the State of Kentucky." Id. at ¶ 9. Defendant does not deny either of these assertions. Akin to the court's finding in King, Plaintiffs "shares [a Kentucky] citizenship with the Defendant," so "complete diversity is lacking. Consequently, [the Court] does not have subject matter jurisdiction over this action" and the Complaint should be dismissed. 2007 WL 2286302 at *3 (N.D.Ohio August 06, 2007).

WHEREFORE, Defendant, Jon Clark, motions the Court to dismiss, with cause, Plaintiff's Complaint for lack of Subject Matter Jurisdiction.

Respectfully submitted,

/s/ Nicholas K. Haynes
HON. NICHOLAS K. HAYNES
HON. MARVIN R. O'KOON
O'KOON HINTERMEISTER, PLLC
500 W. Jefferson St., Ste 1100
Louisville, KY 40202
Phone: (502) 581-1630
Fax: (502) 581-1821
Counsel for Jon Clark

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on this day, the 12th day of February, 2008 a copy of the foregoing instrument was mailed to the following:

AMERIQUEST MORTGAGE CO.          NATIONS TITLE AGENCY OF INDIANA, INC.
1100 TOWN & COUNTRY ROAD         C/O NATIONS TITLE AGENCY OF INDIANA, INC.
11th FLOOR LEGAL DEPARTMENT      3939 PRIORITY WAY SOUTH DRIVE, SUITE 210
ORANGE, CA 92868                 INDIANAPOLIS, IN 46240

**/s/ Nicholas K. Haynes**
**HON. NICHOLAS K. HAYNES**
**HON. MARVIN R. O'KOON**
**O'KOON HINTERMEISTER, PLLC**
**500 W. Jefferson St., Ste 1100**
**Louisville, KY 40202**
**Phone: (502) 581-1630**
**Fax: (502) 581-1821**
***Counsel for Jon Clark***

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| JAMES E. NULL AND MILDRED NULL | ) |
| C/O HON. JAMES K. MURPHY | ) |
| LYNCH, COX, GILMAN & MAHAN, PSC | ) |
| 500 W. JEFFERSON ST., STE. 2100 | ) |
| LOUISVILLE, KY 40202 | ) |
| PLAINTIFFS | ) |
| V. | ) |
| | ) |
| AMERIQUEST MORTGAGE COMPANY | ) |
| 1100 TOWN & COUNTRY ROAD | ) |
| 11TH FLOOR LEGAL DEPARTMENT | ) |
| ORANGE, CA 92868 | ) |
| | ) |
| AND | ) |
| | ) |
| NATIONS TITLE AGENCY OF INDIANA, INC. | ) |
| C/O NATIONS TITLE AGENCY OF INDIANA, INC. | ) CASE NO. 3:08-CV-47-H |
| 3939 PRIORITY WAY SOUTH DRIVE, SUITE 210 | ) |
| INDIANAPOLIS, IN 46240 | ) |
| | ) |
| AND | ) |
| | ) |
| JON CLARK | ) |
| C/O HON. NICHOLAS K. HAYNES | ) |
| O'KOON HINTERMEISTER, PLLC | ) |
| 500 W. JEFFERSON ST., STE. 1100 | ) |
| LOUISVILLE, KY 40202 | ) |
| DEFENDANTS | ) |
| | ) |

## ORDER DISMISSING COMPLAINT

Motion having been made, the Parties having been heard, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that Plaintiffs' Complaint be DISMISSED for Lack of Subject Matter Jurisdiction. Specifically, Pursuant to Fed. R. Civ. P. 12 (b) (1) and (h) (1), and

28 U.S.C. § 1332 (a) (1), Plaintiffs' Complaint fails to support Complete Diversity of

Citizenship, which Plaintiffs' explicitly rely on as the basis for proper jurisdiction.


**Entered this _____ day of_____, 2008.**


_____
**HON. JOHN G. HEYBURN, II**



Tendered by:

/s/ Nicholas K. Haynes
HON. NICHOLAS K. HAYNES
HON. MARVIN R. O'KOON
O'KOON HINTERMEISTER, PLLC
500 W. Jefferson St., Ste 1100
Louisville, KY 40202
Phone: (502) 581-1630
Fax: (502) 581-1821
*Counsel for Jon Clark*


Distribution:
____   Hon. Nicholas K. Haynes, counsel for John Clark
____   Hon. James K. Murphy, counsel for Nulls
____   Ameriquest Mortgage Co.
        1100 Town & Country Rd.
        11th Flr., Legal Dept.
        Orange, CA 92868
____   Nations Title Agency of Kentucky, Inc.
        c/o Nations Title Agency of Indiana, Inc
        3939 Priority Way South Dr., Suite 210
        Indianapolis, IN 46240