

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-2848 EXT. 440
Fax: (502) 564-1484

U. S. District Court
Western District
601 W. Broadway
106 Gene Snyder U. S. Courthouse
Louisville, KY 40202

FROM:     SUMMONS DIVISION
          SECRETARY OF STATE

RE:       CASE NO: 3:08-CV-47-H

DEFENDANT: **AMERIQUEST MORTGAGE COMPANY**

DATE:     February 8, 2008

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

January 31, 2008

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

February 1, 2008

We are enclosing the return receipt confirming receipt of summons.

