# United States District Court
# Western District of Kentucky
# at Louisville

### NOTICE OF DEFICIENCY

| | |
|---|---|
| **TO:** | Nicholas Haynes |
| **CASE #:** | 3:08cv-47-H |
| **STYLE OF CASE:** | Null et al v. Ameriquest Mortgage Company et al |
| **DOCUMENT TITLE:** | Motion to Dismiss |
| **DATE:** | 2/13/2008 |
| **BY:** | Renee L. Koch<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**NO ORDER. Proposed order not submitted with Motion.**
*(LR 7.1(e))*

**YOU ARE GRANTED 5 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.  FAILURE TO COMPLY WITHIN 5 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**