UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JAMES E. NULL AND MILDRED NULL<br>C/O HON. JAMES K. MURPHY<br>LYNCH, COX, GILMAN & MAHAN, PSC<br>500 W. JEFFERSON ST., STE. 2100<br>LOUISVILLE, KY 40202<br>        PLAINTIFFS<br>V.<br><br>AMERIQUEST MORTGAGE COMPANY<br>1100 TOWN & COUNTRY ROAD<br>11TH FLOOR LEGAL DEPARTMENT<br>ORANGE, CA 92868<br><br>AND<br><br>NATIONS TITLE AGENCY OF INDIANA, INC.<br>C/O NATIONS TITLE AGENCY OF INDIANA, INC.<br>3939 PRIORITY WAY SOUTH DRIVE, SUITE 210<br>INDIANAPOLIS, IN 46240<br><br>AND<br><br>JON CLARK<br>C/O HON. NICHOLAS K. HAYNES<br>O'KOON HINTERMEISTER, PLLC<br>500 W. JEFFERSON ST., STE. 1100<br>LOUISVILLE, KY 40202<br>        DEFENDANTS | CASE NO. 3:08-CV-47-H |

## ORDER DISMISSING COMPLAINT

Motion having been made, the Parties having been heard, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that Plaintiffs' Complaint be DISMISSED for Lack of Subject Matter Jurisdiction. Specifically, Pursuant to Fed. R. Civ. P. 12 (b) (1) and (h) (1), and

28 U.S.C. § 1332 (a) (1), Plaintiffs' Complaint fails to support Complete Diversity of Citizenship, which Plaintiffs' explicitly rely on as the basis for proper jurisdiction.

                                                **Entered this \_\_\_\_ day of_____, 2008.**

                                                _____
                                                **HON. JOHN G. HEYBURN, II**

Tendered by:

/s/ Nicholas K. Haynes
HON. NICHOLAS K. HAYNES
HON. MARVIN R. O'KOON
O'KOON HINTERMEISTER, PLLC
500 W. Jefferson St., Ste 1100
Louisville, KY 40202
Phone: (502) 581-1630
Fax: (502) 581-1821
*Counsel for Jon Clark*

Distribution:
\_\_\_   Hon. Nicholas K. Haynes, counsel for John Clark
\_\_\_   Hon. James K. Murphy, counsel for Nulls
\_\_\_   Ameriquest Mortgage Co.
      1100 Town & Country Rd.
      11th Flr., Legal Dept.
      Orange, CA 92868
\_\_\_   Nations Title Agency of Kentucky, Inc.
      c/o Nations Title Agency of Indiana, Inc
      3939 Priority Way South Dr., Suite 210
      Indianapolis, IN 46240