AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | KENTUCKY |
|---|---|---|

08 FEB 13 AM 10:41

**APPEARANCE**

Case Number: 3:08-CV-47-H

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AMERIQUEST MORTGAGE COMPANY

I certify that I am admitted to practice in this court.

| 2/12/2008 | *(signature)* |
|---|---|
| Date | Signature |

| Nathan H. Blaske, Graydon Head & Ritchey | 90369 |
|---|---|
| Print Name | Bar Number |

1900 Fifth Third Center, 511 Walnut Street
Address

| Cincinnati | OH | 45202 |
|---|---|---|
| City | State | Zip Code |

| (513) 629-2777 | (513) 651-3836 |
|---|---|
| Phone Number | Fax Number |