08 FEB 13 AM 10: 42

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| JAMES E. NULL and MILDRED NULL, | CASE NO. 3:08-CV-47-H |
| | (Judge John G. Heyburn, II) |
| Plaintiffs, | |
| vs. | **DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |
| AMERIQUEST MORTGAGE COMPANY, et al., | |
| Defendants. | |

Pursuant to the Corporate Disclosure Statement provisions in Fed. R. Civ. P. 7.1: Any non-governmental corporate party to a proceeding must file a statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

    <u>Ameriquest Mortgage Company</u>

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    \_\_\_\_ Yes      _X_ No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    Not applicable.

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    _____ Yes    _X_ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

  Not applicable.

|  |  |
|---|---|
| OF COUNSEL:<br><br>GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202-3157<br>Phone: (513) 621-6464<br>Fax: (513) 651-3836 | Respectfully submitted,<br><br>/s/ Harry W. Cappel<br>Harry W. Cappel (89556)<br>Nathan H. Blaske (90369)<br>*Attorneys for Defendant*<br>*Ameriquest Mortgage Company*<br>GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202<br>Telephone: (513) 621-6464<br>Facsimile: (513) 651-3836<br>Email: hcappel@graydon.com<br>   nblaske@graydon.com |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served via regular U.S. Mail, postage prepaid, and email this 12th day of February, 2008 upon the following:

James K. Murphy
LYNCH, COX, GILMAN & MAHAN, P.S.C.
500 W. Jefferson Street, Suite 2100
Louisville, KY 40202

            /s/ Nathan H. Blaske
            Nathan H. Blaske

1605136.1