# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| JAMES E. NULL and MILDRED NULL, | : | CASE NO. 3:08-CV-47-H |
| | : | |
| | : | (Judge John G. Heyburn, II) |
| Plaintiffs, | : | |
| | : | **ORDER GRANTING JOINT MOTION** |
| vs. | : | **TO STAY PROCEEDINGS PENDING** |
| | : | **TRANSFER DECISION BY THE** |
| AMERIQUEST MORTGAGE | : | **JUDICIAL PANEL ON** |
| COMPANY, et al., | : | **MULTIDISTRICT LITIGATION** |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

WHEREAS, this matter came before the Court on the Joint Motion To Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation, and the Court finding said Motion well taken,

It is hereby ORDERED that these proceedings are stayed pending the transfer decision by the Judicial Panel on Multidistrict Litigation in MDL 1715 - *In Re Ameriquest Mortgage Company Mortgage Lending Practices Litigation*, Case No. 1:05-CV-0707, pending in the United States District Court for the Northern District of Illinois.

SO ORDERED.

1605138.1