# U.S. District Court
# Western District of Kentucky (Louisville)
# CIVIL DOCKET FOR CASE #: 3:08–cv–00047–JGH

Null et al v. Ameriquest Mortgage Company et al  
Assigned to: Chief Judge John G. Heyburn, II  
Cause: 28:1332 Diversity–Other Contract

Date Filed: 01/17/2008  
Date Terminated: 03/26/2008  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**James E. Null**     represented by     **James K. Murphy**  
Lynch, Cox, Gilman &Mahan, P.S.C.  
500 W. Jefferson Street  
Suite 2100  
Louisville, KY 40202  
502–589–4215  
Fax: 502–589–4994  
Email: jmurphy@lcgandm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mildren Null**     represented by     **James K. Murphy**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**     represented by     **Harry W. Cappel**  
Graydon, Head &Ritchey LLP  
511 Walnut Street  
1900 Fifth Third Center  
Cincinnati, OH 45202  
513–629–2709  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Nathan H. Blaske**  
Graydon, Head &Ritchey LLP  
511 Walnut Street  
1900 Fifth Third Center  
Cincinnati, OH 45202  
513–629–2777  
Fax: 513–651–3836  
Email: nblaske@graydon.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nations Title Agency of Indiana, Inc.**

**Defendant**

| | | |
|---|---|---|
| **Jon Clark** | represented by | **Marvin R. O'Koon**<br>O'Koon Hintermeister, PLLC<br>500 W. Jefferson Street<br>1100 PNC Plaza<br>Louisville, KY 40202<br>502−581−1630<br>Fax: 502−581−1821<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas K. Haynes**<br>O'Koon Hintermeister, PLLC<br>500 W. Jefferson Street<br>1100 PNC Plaza<br>Louisville, KY 40202<br>502−581−1630<br>Fax: 502−581−1821<br>Email: nhaynes@okoonlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2008 | "1 | COMPLAINT against Ameriquest Mortgage Company; Nations Title Agency of Indiana, Inc.; and Jon Clark, filed by James E. Null, and Mildren Null. Filing fee $350, receipt number 06440000000000655324. (Attachments: #1 Civil Cover Sheet) (RLK) (Entered: 01/17/2008) |
| 01/17/2008 | "2 | Case Assignment (Random Selection): Case Assigned to Chief Judge John G. Heyburn II. Magistrate designation: Magistrate Judge Dave Whalin. (RLK) (Entered: 01/17/2008) |
| 01/17/2008 | "3 | Summonses Issued and mailed to Counsel to effect service as to Ameriquest Mortgage Company; Nations Title Agency of Indiana, Inc.; and Jon Clark. (RLK) (NM). (Entered: 01/17/2008) |
| 01/31/2008 | "4 | SUMMONS Returned Executed by James E. Null, Mildren Null. Ameriquest Mortgage Company served on 1/23/2008, answer due 2/12/2008. (Murphy, James) (Entered: 01/31/2008) |
| 01/31/2008 | "5 | SUMMONS Returned Executed by James E. Null, Mildren Null. Jon Clark served on 1/23/2008, answer due 2/12/2008. (Murphy, James) (Entered: 01/31/2008) |
| 01/31/2008 | "6 | SUMMONS Returned Executed by James E. Null, Mildren Null. Nations Title Agency of Indiana, Inc. served on 1/23/2008, answer due 2/12/2008. (Murphy, James) (Entered: 01/31/2008) |
| 02/11/2008 | "8 | SUMMONS Returned Executed: Ameriquest Mortgage Company served on 2/4/2008, answer due 2/25/2008. (RLK) (Entered: 02/12/2008) |
| 02/12/2008 | "7 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss for Lack of Jurisdiction by Defendant Jon Clark Responses due by 3/3/2008 (Haynes, Nicholas) (Additional attachment(s) added on 2/13/2008: #1 Proposed Order) (RLK). (Entered: 02/12/2008) |
| 02/13/2008 | " 9 | NOTICE of Deficiency re 7 Motion to Dismiss/Lack of Jurisdiction: no proposed order. Failure to comply will be brought to the attention of the Court. Response due by 2/18/2008. (RLK) (Entered: 02/13/2008) |
| 02/13/2008 | " 10 | Proposed Order re 7 MOTION to Dismiss for Lack of Jurisdiction by Jon Clark. (Haynes, Nicholas) (Entered: 02/13/2008) |
| 02/13/2008 | " | Response to 9 Notice of Deficiency. Proposed Order attached by Clerk to DN 7 . (RLK) (Entered: 02/13/2008) |
| 02/13/2008 | " 11 | NOTICE of Appearance by Nathan H. Blaske on behalf of Ameriquest Mortgage Company. (RLK) (Entered: 02/14/2008) |
| 02/13/2008 | " 12 | ANSWER to 1 Complaint by Ameriquest Mortgage Company. (RLK) (Entered: 02/14/2008) |
| 02/13/2008 | " 13 | Corporate Disclosure Statement by Ameriquest Mortgage Company. (RLK) (Entered: 02/14/2008) |
| 02/18/2008 | " 14 | Joint MOTION to Stay *Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Plaintiffs James E. Null, Mildren Null, Defendant Ameriquest Mortgage Company Responses due by 3/7/2008 (Attachments: #1 Proposed Order) (Blaske, Nathan) (Entered: 02/18/2008) |
| 02/29/2008 | " 15 | Courtesy Copy of CTO 37 from MDL Panel. (NM) (Entered: 03/03/2008) |
| 03/12/2008 | " 16 | ORDER signed by Chief Judge John G. Heyburn, II on 3/11/2008, GRANTING 14 Joint Motion to Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. cc: Counsel (RLK) (Entered: 03/12/2008) |
| 03/25/2008 | " 17 | NOTICE of Transfer to ILND MDL Court. (Attachments: #1 Certified Copy of CTO 37) (NM) (Entered: 03/26/2008) |
| 03/26/2008 | " | Case electronically transferred to Northern District of IL MDL court. (NM) (Entered: 03/26/2008) |