# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case 08 C 1584 |
| James E. Null and Mildred Null, | Honorable Judge Marvin E. Aspen |
|     Plaintiffs, | |
| v. | |
| Ameriquest Mortgage Company, Nations Title Agency of Indiana, Inc., et al., | |
|     Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Nations Title Agency of Indiana, Inc.

| |
|---|
| SIGNATURE  s/Yvonne C. Ocrant |
| FIRM  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street - Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270381 | 312-704-3000 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | | | |

6302479v1 999999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In The Matter of )<br>)<br>James E. Null and Mildred Null, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERIQUEST MORTGAGE COMPANY, )<br>NATIONS TITLE AGENCY OF INDIANA, )<br>INC., et al., )<br>)<br>Defendants ) | Case No.: 08 C 1584<br><br>Judge: Marvin E. Aspen |

### NOTICE OF FILING

TO:     See Attached Service List

    PLEASE TAKE NOTICE THAT on April 1, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Appearance of Nations Title Agency of Indiana, Inc.**, copies of which are herewith served upon you.

Yvonne C. Ocrant
HINSHAW & CULBERTSON LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
Firm No. 90384

s/ Yvonne C Ocrant
One of the Attorneys for Defendant
Nations Title Agency of Indiana, Inc.

### CERTIFICATE OF SERVICE

    I, a non-attorney certify; that I served this Notice and the attached Appearance by mailing a copy to the above-named at the above-address and depositing the same in the U. S, mail at 222 North LaSalle Street on April 1, 2008 with proper postage prepaid.

[X]   Under penalties as provided by law pursuant
to IL.REV.STAT. CHAP 110 SEC 1- 109 I certify
that the statements set forth herein are true and correct.

Date: April 1, 2008

s/ LWatson
              Signature

*Null v. Ameriquest Mortgage, et al*
Court No.: 08 CV 1584

## SERVICE LIST

**Attorneys for Plaintiffs - James E. Null and Mildred Null**

James K. Murphy
Lynch Cox Gillman & Mahan PSC
500 West Jefferson Street - Suite 2100
Louisville, KY 40202

Telephone: 502-589-4994

**Attorneys for Defendants – Ameriquest Mortgage Company**

Harry W. Cappel
Nathan H. Blaske
Grayon, Head & Ritchey
511 Walnut Street
1900 Fifth Third Center
Cincinnati, Ohio 45202

Telephone: 513-629-2777
Fax: 513-651-3836

**Attorneys for Defendant Jon Clark**

Marvin R. O'Koon
Nicholas K. Haynes
O'Koon Hintermeister, PLLC
500 West Jefferson Street
1100 PNC Plaza
Louisville, KY 40202

Telephone: 502-581-1630
Fax: 502-581-1821

**Nations Title Agency of Indiana, Inc.**

Yvonne C. Ocrant
Hinshaw & Culbertson LLP
222 North LaSalle Street - Suite 300
Chicago, Illinois 60601

Telephone: 312-704-3000
Fax: 312-704-3001
yocrant@hinshawlaw.com